# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>SEATH MASON,<br><br>    Defendant. | CASE NO. MJ 08-292<br><br>DETENTION ORDER |

Offenses charged:

  Two counts, each charging Distribution of Crack Cocaine, in each instance five grams or more

Date of Detention Hearing: 07/28/08

  The court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of any other person and the community.

DETENTION ORDER - 1
18 U.S.C. § 3142(i)

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) Defendant faces mandatory minimum sentences of ten years on each count. There is therefore a substantial incentive for him to fail to appear, if released.

(2) He has approximately twelve failures to appear on state court charges in the past three years.

(3) He has been unemployed for two years, and has no stable residence. It appears he has attempted to support himself by trafficking in crack cocaine. There is a substantial risk he would return to that conduct if released.

(4) He is associated with the use of four alias names.

(5) At one point he agreed to cooperate with law enforcement authorities. But he broke off contact with them, and was not seen or heard from until the time of his arrest. His purported excuse for breaking off contact is unpersuasive.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

DETENTION ORDER - 2
18 U.S.C. § 3142(i)

(4)  The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 28th day of July, 2008.

_____
John L. Weinberg
United States Magistrate Judge

DETENTION ORDER - 3
18 U.S.C. § 3142(i)